Michael F. Buchanan, Esq. (NJ049041992)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel:  212-336-2000

*Attorneys for Defendant*
*American Council of Learned Societies*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOSHUA KATZ,

                Plaintiff,

    - v. -

AMERICAN COUNCIL OF LEARNED SOCIETIES,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**Civil Action No. 1:21 CV 04306 (AET)**

**DECLARATION OF MICHAEL F. BUCHANAN IN SUPPORT OF MOTION TO DISMISS OF AMERICAN COUNCIL OF LEARNED SOCIETIES**

      MICHAEL F. BUCHANAN pursuant to 28 U.S.C. § 1746, hereby declares as follows:

    1.    I am a member in good standing of the bar of the State of New Jersey and of the law firm of Patterson Belknap Webb & Tyler LLP, attorneys for

Defendant American Council of Learned Societies ("ACLS").  I submit this declaration in support of ACLS's Motion to Dismiss.

2. Attached as Exhibit 1 is a true and correct copy of a February 19, 2020 letter sent by ACLS President Joy Connolly to Plaintiff Joshua Katz.

3. Attached as Exhibit 2 is a true and correct copy of a March 9, 2020 letter sent by Plaintiff Joshua Katz to ACLS President Joy Connolly.

4. Attached as Exhibit 3 is a true and correct copy of email correspondence on September 14, 2020 between ACLS President Joy Connolly and Plaintiff Joshua Katz.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 2, 2021

                          */s/ Michael F. Buchanan*
                          Michael F. Buchanan

                          PATTERSON BELKNAP WEBB & TYLER LLP
                          1133 Avenue of the Americas
                          E-mail: mfbuchanan@pbwt.com
                          New York, NY 10036-6710
                          Telephone: (212) 336-2000
                          Fax: (212) 336-2222

## CERTIFICATE OF SERVICE

I, Michael F. Buchanan, hereby certify, pursuant to 28 U.S.C. § 1746, that on April 2, 2021, I electronically filed the foregoing Declaration of Michael F. Buchanan in Support of Motion to Dismiss of American Council of Learned Societies with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

Dated:   April 2, 2021

By: */s/ Michael F. Buchanan*
Michael F. Buchanan (NJ 049041992)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222

*Attorneys for Defendant*
*American Council of Learned Societies*