# Exhibit 1



|  |  |
|---|---|
| **Joy Connolly**<br>President | **American Council**<br>**of Learned Societies**<br>633 Third Avenue<br>New York, NY 10017-6706<br>212.697.1505 ext. 121<br>212.573.9704 fax<br>jc@acls.org |

February 19, 2020

Professor Joshua Katz
Department of Classics
Princeton University
141 East Pyne
Princeton, NJ 08544

Dear Josh,

I write to ask if you would be willing to serve as one of ACLS's delegates to the Union Académique Internationale (UAI). I know you are familiar with the organization, but you may not know it is the reason for ACLS's existence. ACLS was established to represent the US academic community at its first congress in 1919. The UAI's purpose is to support and encourage collaborative research and joint publications in the humanities and social sciences. Many of its projects, like *Corpus Vitrearum* and the *Encyclopaedia Iranica*, have been in existence for decades with a broad international reach.

 We has two delegates to the organization, Madeline Caviness, an art historian retired from Tufts, who served as delegate for over thirty years, and Paul Kroll, professor of Chinese at the University of Colorado Boulder. Both have stepped down and we are looking to appoint two new delegates. The UAI's general assembly takes place biennially (usually late September or early October) at interesting places all around the world, hosted by their members. The distinguished scholars who attend these meetings represent national academies from more than 60 countries. ACLS will host the 2021 meeting in the US. ACLS, of course, covers the delegates travel expenses to attend these meetings.

Delegates to the UAI need to have good reading knowledge and preferably speaking knowledge of French, the official language of the UAI, an understanding of long-term collaborative projects, and an enthusiasm for international work. Pauline Yu mentioned she had spoken to you about possibly serving in this role, and I heartily agree with her suggestion.

I'd be grateful if this is something you'd consider. Please let me know, and if you have any questions, I'd be happy to try to answer them.

Yours ~~truly~~,

Joy Connolly

JC/ssb

www.acls.org