# Exhibit 2



**PRINCETON UNIVERSITY**

**Department of Classics**
141 East Pyne
Princeton, New Jersey 08544
T 609.258.3951   F 609.258.1943

Dr. Joy Connolly,
President,
American Council of Learned Societies
633 Third Avenue
New York, NY 10017-6706

March 9, 2020

Dear Joy,

I was delighted to receive your letter of February 19th, in which you ask whether I would be willing to serve as one of ACLS's delegates to the Union Académique Internationale beginning on July 1st. I am delighted as well to accept the invitation and am grateful to you and Pauline Yu for your confidence in me.

Sandra Bradley and I have corresponded about various matters, as you know, and I look forward very much to my assignment.

With best wishes,

Yours sincerely,

Joshua T. Katz
Cotsen Professor in the Humanities
Professor of Classics