# Exhibit 3

**From:** **Joy Connolly** jc@ACLS.org 
**Subject:** UAI
**Date:** September 14, 2020 at 1:00 PM
**To:** Joshua T. Katz jtkatz@princeton.edu
**Cc:** Sandra Bradley sbradley@acls.org

Dear Josh,

I hope you and yours are healthy and well.  It's been a difficult six months for everyone, wherever we are. While I'm fortunate to have interesting work and healthy friends and family, my neighborhood in the Lower East Side tells a very different story.

Speaking of difficulty: I'm writing about the plans for ACLS to host the biannual meeting of the Union Académique Internationale about one year from now. Whether we meet in Philadelphia or online, we are planning discussions about inequality, racism, and justice in academia, comparing conditions and responses across countries. We'll highlight the new ACLS strategic plan, which redoubles our commitment to supporting scholars from underrepresented groups and scholarship devoted to communities and experiences historically excluded or ignored by the academy. For example, for the first time, ACLS is consulting directly with faculty and administrators at HBCUs and at state universities with large enrollments of students of color about their research needs, so that we're better informed as we design fellowship and grant competitions. In sum, like many organizations and schools, we're directing a lot of our attention to people who have not enjoyed a seat at the table in the past.

Even in the best of times it's not easy to moderate discussion (especially across national academic cultures) on emotionally charged issues like racism. Participants will be best served by ACLS staff and representatives who can run the event without themselves becoming the focus of debate. Your article in *Quillette* this summer and follow-up statement took a strong personal stance on racism at Princeton, and it drew a great deal of attention on social media and elsewhere. Of course it is your right and responsibility to engage publicly in the issues important to you – we have made encouraging public engagement by leading scholars one of our priorities at ACLS. Your emergence as a public figure in this area, however, means that your service as ACLS's international representative as we host this meeting would send a strong message all its own. Thanks in part to the blunt hammer of social media, it risks bringing ACLS and its member societies into disputes that are not ours. For this reason, in consultation with the ACLS Board, I have decided to ask another scholar to serve as ACLS's UAI representative.

Because we haven't yet confirmed the participation of our second representative – the COVID pandemic delayed our communications – our March invitation to you is not public knowledge and has not been announced to the UAI leadership or staff.  As your colleague and friend for many years, and speaking for members of the Board who are great admirers of your scholarship and value your support of ACLS, I am sincerely sorry for the necessity of this decision, and about the formality of my language.  I hope you understand that my main concern is the good of ACLS and our scholarly societies at a time when so many societies (and humanistic fields) are facing major challenges, and when we are seeking to do as much good as we can. I would be happy to follow up with you by phone.

Yours,

Joy


Joy Connolly
President
American Council of Learned Societies