Michael F. Buchanan (NJ049041992)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: 212-336-2000

*Attorneys for Defendant*
*American Council of Learned Societies*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA KATZ, | |
| Plaintiff, | Civil Action No. 1:21 CV 04306 (AET) |
| - v. - | |
| AMERICAN COUNCIL OF LEARNED SOCIETIES, | **[PROPOSED] ORDER GRANTING DEFENDANT AMERICAN COUNCIL OF LEARNED SOCIETIES' MOTION TO DISMISS** |
| Defendant. | |

Upon consideration of Defendant American Council of Learned Societies' ("ACLS") Motion to Dismiss the Complaint, the moving papers, the opposition, the reply papers, and the arguments of counsel, the Court hereby **GRANTS** ACLS's motion in full, and **ORDERS** that:

Plaintiff Dr. Joshua Katz's Complaint is hereby **DISMISSED** under Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction over ACLS;

In the alternative, Plaintiff has failed to state claims for breach of contract, breach of the implied covenant of good faith and fair dealing, promissory estoppel, and equitable estoppel and his Complaint is hereby **DISMISSED** under Federal Rule of Civil Procedure 12(b)(6).

The Complaint is **DISMISSED WITH PREJUDICE**.

IT IS on this ___ day of _____, 2021, hereby

ORDERED that Defendant ACLS's Motion to Dismiss is GRANTED and Plaintiff's Complaint is DISMISSED with prejudice.

**IT IS SO ORDERED.**

**Dated:** _____          **By:** _____

**Honorable Anne E. Thompson**

**United States District Court Judge**